UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESSICA BIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHICAGO BOARD OF EDUCATION,<br><br>　　　　Defendant. | No. 1:18-cv-06183<br><br>Hon. Mary M. Rowland |

**PARTIES' JOINT STATUS REPORT**

Plaintiff Jessica Biggs and Defendant Chicago Board of Education hereby submit this joint status report pursuant to this Court's May 6, 2020 order (Dkt. 69):

**(a) Discovery progress.**

- The parties have exchanged written discovery and continue to coordinate on additional written discovery, as needed.

- Defendants took Plaintiff's deposition on January 2 and January 9, 2020.

- Plaintiff anticipates a minimum of 4 additional witnesses.

- Plaintiff took five hours of the deposition of Deputy Chief Felicia Sanders on August 6, 2020. The remaining time for the deposition is set to occur on September 17, 2020.

- The deposition of OIG investigator Robert McGowan began on August 20, 2020 but will need to be continued after he obtains counsel.

- The parties have mutual availability for depositions on September 15, 18, and 21-25 and hope to schedule most of the remaining depositions for that time.

**(b) Unresolved motions.** None.

**(c) Settlement efforts.** Plaintiff provided Defendant with a prelitigation settlement demand on August 31, 2018 and a supplemental settlement demand on May 2, 2019. On January 17, 2020,

this Court referred parties to Judge Kim for settlement conference. Per Judge Kim's order, Plaintiff provided a copy of her settlement position on February 21, 2020. On February 27, 2020, Defendant notified Judge Kim that they did not believe that a settlement conference would be productive, and the settlement conference was cancelled. Because Defendant has not responded to Plaintiff's demands with a settlement offer, the parties do not believe settlement will be possible.

(d) **Agreed proposed 45-day schedule.** The parties have mutual availability for depositions on September 15, 18, and 21-25 and hope to schedule most of the remaining depositions for that time.

(e) **Agreed proposed revised discovery and dispositive motion schedule.** There is no dipositive motion deadline. The parties agree an extension until November 19, 2020 to conduct discovery is necessary.

(f) **Agreed requests for action.** An extension to conduct discovery until November 19, 2020.

(g) **Telephonic hearing.** The Parties do not believe this is necessary.

Dated: September 4, 2020. Respectfully submitted,

**COUNSEL FOR PLAINTIFF**

*/s/ Andrew D. Finke*

Andrew D. Finke
James G. Vanzant
Blaine & Vanzant, LLP
922 Davis Street
Evanston, Illinois 60201
Tel: 312.788.7584

**DEFENDANT BOARD OF EDUCATION OF THE CITY OF CHICAGO**

Joseph Moriarty, General Counsel

*s/ Angela R. Huisingh*

Elizabeth K. Barton, Assistant Deputy General Counsel
Angela R. Huisingh, Assistant General Counsel
Board of Education of the City of Chicago
1 North Dearborn, Suite 900
Chicago, Illinois 60602
(773) 553-1700

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing document was filed and served on all counsel of record via the Court's ECF system.

s/ Andrew D. Finke

Attorney for Plaintiff
