# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jessica Biggs

                      Plaintiff,

v.                                                Case No.: 1:18−cv−06183

                                                         Honorable Mary M. Rowland

Chicago Board Of Education

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Counsel appeared telephonically. Discovery is complete and closed except for the potential production of student tardy reports during the pertinent time period. This information was just located by the Board. Parties request to extended discovery for the limited purpose of completing this discovery is granted. Parties do not believe a settlement conference would be productive at this time. Telephonic status hearing set for 12/2/20 at 9:30AM. Counsel shall call 866−434−5269; access code 3751971. Parties shall be prepared to set a close of discovery date. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.