**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jessica Biggs, | ) | |
|     Plaintiff, | ) | Case No. 1:18-cv-06183 |
| | ) | |
|     v. | ) | The Honorable Mary M. Rowland |
| | ) | |
| Chicago Board of Education, | ) | |
|     Defendant. | | |

# EXHIBIT A IN SUPPORT OF BOARD'S MOTION FOR COSTS

**KEELEY INVESTIGATIONS INC**
PO BOX 3062
OAK BROOK, IL 60522-3062

**INVOICE:** 4490652
Issued: Apr 21, 2020

**BOARD OF EDUCATION OF THE CITY of CHICAGO**
Nicholas Turner
1 North Dearborn Street #900
Chicago, IL 60602

PAY TO:
KEELEY INVESTIGATIONS INC
PO BOX 3062
OAK BROOK, IL 60522-3062

| Case: | 18-cv-06183 | Plaintiff / Petitioner: | JESSICA BIGGS |
| Job: | 4490652 | Defendant / Respondent: | BOARD OF EDUCATION OF THE CITY OF CHICAGO |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| 03. Inside Cook & DuPage Counties: Sub-Svc Allowed | WBEZ<br>848 E GRAND AVE<br>CHICAGO, IL 60611 | $75.00 | 1 | $75.00 |
| 13. Time Sensitive 08-21 | An additional per address fee for papers expiring in 08-21 business days from receipt.<br>Received: 04/15/20<br>Expired: 04/24/20 | $50.00 | 1 | $50.00 |
| 14. Witness Fees | Witness Fees<br>Check No 171 | $40.00 | 1 | $40.00 |

Thank you very much for the work and your efforts on the file!

Please pay the invoice within 21 days.

Tax ID #46-4167717

Total: $165.00
Amount Paid: ($0.00)
**Balance Due: $165.00**

KEELEY INVESTIGATIONS INC • PO BOX 3062, OAK BROOK, IL 60522-3062

Call: (630) 217-1550 • Email: FILES@keeleyinvestigations.com • Visit: http://www.keeleyinvestigations.com