IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jessica Biggs, | ) | |
| Plaintiff, | ) | Case No. 1:18-cv-06183 |
| | ) | |
| v. | ) | The Honorable Mary M. Rowland |
| | ) | |
| Chicago Board of Education, | ) | |
| Defendant. | | |

# EXHIBIT C IN SUPPORT OF BOARD'S MOTION FOR COSTS

**TOOMEY REPORTING, INC**
**200 SOUTH WACKER DRIVE**
**SUITE 3100 - NEW SUITE NUMBER**
**CHICAGO ILLINOIS, 60606**
**PHONE 312-853-0648**

CHICAGO BOARD OF EDUCATION
ONE NORTH DEARBORN STREET
SUITE 900
CHICAGO, IL 60602

MS. ELIZABETH BARTON
JESSICA BIGGS VS. CBOE

18 L 6183

| INVOICE NO. : | 30276 |
| --- | --- |
| INVOICE DATE: | 1/31/2020 |
| REPORTER: | NANCY SPEARE |
| ID# | 74-3164137 |

| Date | Description | Amount |
| --- | --- | --- |
| 1/02/2020 | DEPOSITION OF: JESSICA BIGGS | |
| | ORIGINAL TRANSCRIPT - 260 PAGES | 871.00 |
| | 5 HOURS ATTENDANCE | 250.00 |
| | 2 HOURS ATTENDANCE - OVERTIME | 150.00 |
| | BD REPORTING 17-0426-PR23 | |
| | FIRM CODE NO. 31922 | |

| | |
| --- | --- |
| Sub Total | 1,271.00 |
| Paid | 1271.00 |
| Balance Due | 0.00 |

THANK YOU!

WE NOW ACCEPT VISA AND MASTER CARD CREDIT CARDS

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 369694 | 12/18/2020 | 313018 |
| Job Date | | Case No. |
| 8/7/2020 | | 1:18-cv-06183 |
| Case Name | | |
| Biggs -v- Chicago Board of Education | | |
| Payment Terms | | |
| Due upon receipt | | |

Liz Barton, Esquire
Chicago Public Schools (Board of Education Department)
42 West Madison Street
Chicago, IL 60602

TRANSCRIPT WITH INDEX OF:

    Felicia Sanders, Volume 1      303.00 Pages      924.15
    Processing Fee      1.00      40.00

**TOTAL DUE >>>**      **$964.15**

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289      Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

(-) Payments/Credits:      964.15
(+) Finance Charges/Debits:      0.00
(=) New Balance:      **$0.00**

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Liz Barton, Esquire
Chicago Public Schools (Board of Education Department)
42 West Madison Street
Chicago, IL 60602

Invoice No. : 369694
Invoice Date : 12/18/2020
**Total Due** : **$0.00**

Remit To: **Planet Depos, LLC**
    **P.O. BOX 791571**
    **Baltimore, MD 21279-1571**

Job No. : 313018
BU ID : 29-CHI-R
Case No. : 1:18-cv-06183
Case Name : Biggs -v- Chicago Board of Education

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 363046 | 11/5/2020 | 329866 |
| Job Date | Case No. | |
| 10/21/2020 | 1:18-cv-06183 | |
| Case Name | | |
| Biggs -v- Chicago Board of Education | | |
| Payment Terms | | |
| Due upon receipt | | |



Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

TRANSCRIPT WITH INDEX OF:

| | | | | |
|---|---|---|---|---|
| Cassandra G. Abram | | 315.00 | Pages | 960.75 |
| Exhibits | | 40.00 | Pages | 16.00 |
| Processing Fee | | 1.00 | | 40.00 |
| | **TOTAL DUE   >>>** | | | **$1,016.75** |
| | AFTER 12/5/2020  PAY | | | $1,067.59 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289           Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

| | |
|---|---|
| **( - ) Payments/Credits:** | 1,016.75 |
| **(+) Finance Charges/Debits:** | 50.84 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

Invoice No.   : 363046
Invoice Date  : 11/5/2020
**Total Due**     : **$0.00**

Remit To: **Planet Depos, LLC**
         **P.O. BOX 791571**
         **Baltimore, MD 21279-1571**

Job No.      : 329866
BU ID        : 29-CHI-R
Case No.     : 1:18-cv-06183
Case Name    : Biggs -v- Chicago Board of Education

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 364453 | 11/19/2020 | 331401 |
| Job Date | Case No. | |
| 10/26/2020 | 1:18-cv-06183 | |
| Case Name | | |
| Biggs -v- Chicago Board of Education | | |
| Payment Terms | | |
| Due upon receipt | | |

Liz Barton, Esquire
Chicago Public Schools (Board of Education Department)
42 West Madison Street
Chicago, IL 60602

1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Matthew Lyons | 135.00 | Pages | 411.75 |
| Exhibits | 37.00 | Pages | 14.80 |
| Processing Fee | 1.00 | | 40.00 |
| **TOTAL DUE   >>>** | | | **$466.55** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

| | |
|---|---|
| **( - ) Payments/Credits:** | 466.55 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Liz Barton, Esquire
Chicago Public Schools (Board of Education Department)
42 West Madison Street
Chicago, IL 60602

Invoice No.    : 364453
Invoice Date  : 11/19/2020
**Total Due**      : **$0.00**

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.        : 331401
BU ID          : 32-AUDTR
Case No.    : 1:18-cv-06183
Case Name  : Biggs -v- Chicago Board of Education

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 364849 | 12/1/2020 | 330957 |
| Job Date | Case No. ||
| 10/27/2020 | 1:18-cv-06183 ||
| Case Name |||
| Biggs -v- Chicago Board of Education |||
| Payment Terms |||
| Due upon receipt |||

Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

---

TRANSCRIPT WITH INDEX OF:
    Robert McGowan, Volume 2- CONF      215.00 Pages      655.75
TRANSCRIPT WITH INDEX OF:
    Robert McGowan, Volume 2      75.00 Pages      228.75
        Exhibit      156.00 Pages      62.40
        Processing Fee      1.00      40.00

**TOTAL DUE >>>      $986.90**

AFTER 12/31/2020 PAY      $1,036.25

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289      Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

    **(-) Payments/Credits:**      986.90
    **(+) Finance Charges/Debits:**      49.35
    **(=) New Balance:**      **$0.00**

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

Invoice No.   : 364849
Invoice Date : 12/1/2020
**Total Due**    : **$0.00**

Remit To: **Planet Depos, LLC**
         **P.O. BOX 791571**
         **Baltimore, MD 21279-1571**

Job No.    : 330957
BU ID     : 29-CHI-R
Case No.  : 1:18-cv-06183
Case Name : Biggs -v- Chicago Board of Education

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 350281 | 9/8/2020 | 316174 |
| Job Date | Case No. ||
| 8/20/2020 | 1:18-cv-06183 ||
| Case Name |||
| Biggs -v- Chicago Board of Education |||
| Payment Terms |||
| Due upon receipt |||



Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

---

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---:|---|---:|
| Robert McGowan | 75.00 | Pages | 228.75 |
| Exhibits | 28.00 | Pages | 11.20 |
| Processing Fee | 1.00 | | 40.00 |
| **TOTAL DUE   >>>** | | | **$279.95** |
| | AFTER 10/8/2020  PAY | | $293.95 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

| | |
|---|---:|
| **( - ) Payments/Credits:** | 279.95 |
| **(+) Finance Charges/Debits:** | 14.00 |
| **(=) New Balance:** | **$0.00** |

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

Invoice No.    : 350281
Invoice Date   : 9/8/2020
**Total Due**  : **$0.00**

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 791571**
           **Baltimore, MD 21279-1571**

Job No.     : 316174
BU ID       : 29-CHI-R
Case No.    : 1:18-cv-06183
Case Name   : Biggs -v- Chicago Board of Education

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 367347 | 12/2/2020 | 330991 |
| Job Date | Case No. | |
| 10/30/2020 | 1:18-cv-06183 | |
| Case Name | | |
| Biggs -v- Chicago Board of Education | | |
| Payment Terms | | |
| Due upon receipt | | |

Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

---

TRANSCRIPT WITH INDEX OF:
    Adam King      267.00 Pages      814.35
      Exhibits      78.00 Pages      31.20
      Processing Fee      1.00      40.00

**TOTAL DUE   >>>**   **$885.55**

AFTER 1/1/2021  PAY   $929.83

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289         Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

     **( - ) Payments/Credits:**      885.55
     **(+) Finance Charges/Debits:**      44.28
     **(=) New Balance:**      **$0.00**

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

Invoice No.    : 367347
Invoice Date   : 12/2/2020
**Total Due**    : **$0.00**

Remit To: **Planet Depos, LLC**
         **P.O. BOX 791571**
         **Baltimore, MD 21279-1571**

Job No.     : 330991
BU ID       : 29-CHI-R
Case No.    : 1:18-cv-06183
Case Name   : Biggs -v- Chicago Board of Education

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 368803 | 11/30/2020 | 330999 |
| Job Date | Case No. | |
| 11/10/2020 | 1:18-cv-06183 | |
| Case Name | | |
| Biggs -v- Chicago Board of Education | | |
| Payment Terms | | |
| Due upon receipt | | |

Elizabeth K. Barton, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---:|---|---:|
| Tenesha Hatter | 209.00 | Pages | 637.45 |
| Exhibits | 67.00 | Pages | 26.80 |
| Processing Fee | 1.00 | | 40.00 |
| **TOTAL DUE   >>>** | | | **$704.25** |
| AFTER 12/30/2020  PAY | | | $739.46 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

| | |
|---|---:|
| **( - ) Payments/Credits:** | 704.25 |
| **(+) Finance Charges/Debits:** | 35.21 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

---

Elizabeth K. Barton, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

Invoice No.    : 368803
Invoice Date   : 11/30/2020
**Total Due**      : **$0.00**

Remit To: **Planet Depos, LLC**
         **P.O. BOX 791571**
         **Baltimore, MD 21279-1571**

Job No.     : 330999
BU ID       : 29-CHI-R
Case No.    : 1:18-cv-06183
Case Name   : Biggs -v- Chicago Board of Education



# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 425635 | 7/29/2021 | 331008 |
| Job Date | Case No. ||
| 11/17/2020 | 1:18-cv-06183 ||
| Case Name |||
| Biggs -v- Chicago Board of Education |||
| Payment Terms |||
| Due upon receipt |||

Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

TRANSCRIPT WITH INDEX OF:

|   |   |   |   |
|---|---|---|---|
| Felicia Sanders, Volume 2 | 184.00 | Pages | 561.20 |
| Exhibits | 147.00 | Pages | 58.80 |
| Processing Fee | 1.00 | | 40.00 |
| **TOTAL DUE   >>>** | | | **$660.00** |
| AFTER 8/28/2021  PAY | | | $693.00 |

Due upon receipt and is not contingent on client payment.

***ATTENTION***
Our remittance address and wire information has changed.  Please note our new remittance address below:
PO BOX 791571
Baltimore, MD 21279-1571

For new wire instruction, please contact AR@PlanetDepos.com for more details.

For your convenience we accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**(-) Payments/Credits:**                    660.00

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

Invoice No.    : 425635
Invoice Date  : 7/29/2021
**Total Due**      : **$0.00**

Remit To:  **Planet Depos, LLC**
              **P.O. BOX 791571**
              **Baltimore, MD 21279-1571**

Job No.       : 331008
BU ID         : 29-CHI-R
Case No.    : 1:18-cv-06183
Case Name : Biggs -v- Chicago Board of Education

# I N V O I C E

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 425635 | 7/29/2021 | 331008 |
| Job Date | Case No. ||
| 11/17/2020 | 1:18-cv-06183 ||
| Case Name |||
| Biggs -v- Chicago Board of Education |||
| Payment Terms |||
| Due upon receipt |||

Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

                                                  (+) Finance Charges/Debits:     33.00
                                                  **(=) New Balance:**     **$0.00**

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

---

Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

Invoice No.   : 425635
Invoice Date  : 7/29/2021
**Total Due**    : **$0.00**

Remit To: **Planet Depos, LLC**
           **P.O. BOX 791571**
           **Baltimore, MD 21279-1571**

Job No.     : 331008
BU ID      : 29-CHI-R
Case No.   : 1:18-cv-06183
Case Name : Biggs -v- Chicago Board of Education

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 372623 | 12/29/2020 | 331012 |
| Job Date | Case No. | |
| 11/18/2020 | 1:18-cv-06183 | |
| Case Name | | |
| Biggs -v- Chicago Board of Education | | |
| Payment Terms | | |
| Due upon receipt | | |



Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

TRANSCRIPT WITH INDEX OF:
    LaTonia Lambert, Volume 1     193.00 Pages     588.65
      Exhibits     10.00 Pages     4.00
      Processing Fee     1.00     40.00

**TOTAL DUE >>>     $632.65**

AFTER 1/28/2021 PAY     $664.28

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289     Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

    (-) Payments/Credits:     632.65
    (+) Finance Charges/Debits:     31.63
    (=) New Balance:     **$0.00**

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

Invoice No.    : 372623
Invoice Date    : 12/29/2020
**Total Due**    : **$0.00**

Remit To: **Planet Depos, LLC**
            **P.O. BOX 791571**
            **Baltimore, MD 21279-1571**

Job No.    : 331012
BU ID    : 29-CHI-R
Case No.    : 1:18-cv-06183
Case Name    : Biggs -v- Chicago Board of Education

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 372624 | 1/11/2021 | 336710 |
| Job Date | Case No. ||
| 11/19/2020 | 1:18-cv-06183 ||
| Case Name |||
| Biggs -v- Chicago Board of Education |||
| Payment Terms |||
| Due upon receipt |||

Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

---

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---:|---|---:|
| LaTonia Lambert, Volume 2 | 171.00 | Pages | 521.55 |
| Exhibits | 94.00 | Pages | 37.60 |
| Processing Fee | 1.00 | | 40.00 |
| **TOTAL DUE   >>>** | | | **$599.15** |
| AFTER 2/10/2021  PAY | | | $629.11 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289         Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

| | |
|---|---:|
| **( - ) Payments/Credits:** | 599.15 |
| **(+) Finance Charges/Debits:** | 29.96 |
| **(=) New Balance:** | **$0.00** |

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Angela Huisingh, Esquire
Chicago Public Schools (Law Department)
1 North Dearborn Street
Suite 900
Chicago, IL 60602

Invoice No.    : 372624
Invoice Date   : 1/11/2021
**Total Due**       : **$0.00**

Remit To: **Planet Depos, LLC**
         **P.O. BOX 791571**
         **Baltimore, MD 21279-1571**

Job No.        : 336710
BU ID          : 29-CHI-R
Case No.       : 1:18-cv-06183
Case Name      : Biggs -v- Chicago Board of Education

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of Illinois

INVOICE NO.: 20210008

Angela R. Huisingh
Chicago Board of Education Law Department
One N. Dearborn Street
Suite 900
Chicago, IL 60602
(773) 553-1695
arhuisingh@cps.edu

**MAKE CHECKS PAYABLE TO:**
Laura Renke
Official Court Reporter
219 S. Dearborn Street
Room 1224
Chicago, IL 60604
(312) 435-6053
OfficialTranscript@gmail.com
Tax ID: 46-1902026

__ CRIMINAL   X CIVIL

DATE ORDERED: 01-26-2021

DATE DELIVERED: 01-29-2021

**In the matter of:** 18 C 06183, Jessica Biggs v Chicago Board of Education

```
Transcript of proceedings before the Honorable Mary M. Rowland
12/2/20 telephonic status
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | 7 | 5.45 | 38.15 | | 1.05 | | | 0.75 | | 38.15 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | 2.10 | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 38.15 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 38.15 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
/s/ Laura Renke, CSR, RDR, CRR

DATE: 01-29-2021

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR