**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JESSICA BIGGS, | ) | |
|     Plaintiff, | ) | Case No. 18-CV-6183 |
| | ) | |
| v. | ) | |
| | ) | Judge Mary Rowland |
| CHICAGO BOARD OF EDUCATION, | ) | |
|     Defendant. | ) | |

**MOTION TO TAX COSTS**
**IN THE AMOUNT OF $6,220.90**

Defendant Board of Education of the City of Chicago seeks an order taxing costs, in connection with a previous award on costs. In support of this motion, the Board states as follows:

1. On May 19, 2022, this Court granted the Board's motion for summary judgment *(ECF 126)*. Ms. Biggs filed an appeal from that ruling *(ECF 130)*.

2. On February 14, 2023, this Court awarded costs to the Board and stayed taxation of those costs pending the resolution of the appeal in this case *(ECF 140 at pg. 2)*.

3. On September 19, 2023, the Court of Appeals affirmed this Court's summary judgment ruling *(ECF 144)*. On October 10, the Court of Appeals issued its mandate *(ECF 142)*, returning jurisdiction to this Court.

4. Now that this case has returned to this Court, the case is ready for taxation of the costs awarded in that February 14th Order. See ¶ 2, above.

5. The Board is not seeking additional costs in connection with the appeal.

6.      In the past week, we have conferred with Ms. Biggs's Counsel, by email, regarding the calculations in the February 14th order, which calculated the costs at $6,6629.65 *(ECF 140)*. Following our communications with Ms. Biggs's counsel (and based on those communications), the Board respectfully states that the February 14th order seems to contain a math error. That is, the Board submits that the February 14th order should have calculated costs in the amount of $6,220.90, as follows:

```
  $ 8,609.05   (The Board's original costs request, see ECF 140 at 1)
  -   279.95   (The parties' agreed reduction, see ECF 140 at 1-2)
  -   180.00   (The Court's ruling on Objection # 1, see ECF 140 at 2)
  -   228.75   (The Court's ruling on Objection # 2, see ECF 140 at 2)
  - 1,699.45   (the Court's ruling on Objection # 3, see ECF 140 at 1)
  _____

  $ 6,220.90
```

WHEREFORE, the Board requests entry of an order taxing $6,220,90 in costs, as per the rulings in the February 14th order.

                        Respectfully submitted,

**DEFENDANT BOARD OF EDUCATION OF THE CITY OF CHICAGO**

October 20, 2023                 /s/ Thomas A. Doyle

Ruchi Verma, General Counsel
Thomas A. Doyle, Assistant Deputy General Counsel
Board of Education of the City of Chicago
Department of Law
One North Dearborn Street
Suite 900
Chicago, Illinois 60602
773-553-1720
tadoyle2@cps.edu

## **Certificate of Service**

I certify that on October 20, 2023, I caused a copy of the foregoing document to be served upon Counsel of Record, via the Court's electronic filing system.

/s/ Thomas A. Doyle